IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

CHRISTY HOBSON
o/b/o MELODY DIANA KEECH, deceased                                    PLAINTIFF


                    v.              Civil No. 2:11-cv-02048-JRM


MICHAEL J. ASTRUE, Commissioner of
Social Security Administration                                         DEFENDANT

## J U D G M E N T

For reasons stated in the memorandum opinion of this date, the undersigned hereby affirms the

decision of the Commissioner and dismisses Plaintiff's case with prejudice.  **The parties have sixty**

**days from entry of the judgment on the docket in which to appeal.**

IT IS SO ORDERED AND ADJUDGED this 24th day of August 2012.


                              /s/ J. Marschewski
                              HONORABLE JAMES R. MARSCHEWSKI
                              CHIEF UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)